Others.— Motion granted.   Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEON LIEBERMAN.— Motion granted on condition stated in order.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of AARON J. LEVY.— Motion for leave to file supplemental petition granted.   Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

OMER FEIZI v. ALEXANDER C. CASTRIOTIS and Others.— Motion for stay denied, with ten dollars costs, and temporary stay vacated.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH F. COFFEY, as Administrator, etc., v. KATHERINE LEXOW.— Motion for stay pending appeal granted.   Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY STOLL v. LOUIS BUSTANOBY, INC.— Motion for stay pending appeal granted.   Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRI M. GALLEN v. WILFRED E. FULCHER.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NATHAN BREGSTONE v. BARNET GREENBERG and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of FREDERICK W. MATTHIESSEN, Deceased.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BLANCHE GUZZI, an Infant, etc., v. NEW YORK ZOOLOGICAL SOCIETY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of AARON J. LEVY.— Motion for leave to appeal granted; question certified.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAIL AND EXPRESS COMPANY and Others.— Motions granted; questions certified.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ARTHUR L. BRIGHAM v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MILLER & SONS COMPANY v. E. M. SERGEANT COMPANY.— Motion granted; question certified.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

OSCAR UNZ v. LILLIAN E. FITZGERALD.— Motion denied, with ten dollars costs.   Defendant can obtain a stay upon giving an undertaking to secure the judgment.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

X. AMUSEMENT COMPANY, INC., v. HERMOS AMUSEMENT COMPANY, INC. — Motion for stay denied, with ten dollars costs, and temporary stay